IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESBEIDY SAUCEDO,<br><br>Plaintiff,<br><br>v.<br><br>FIRST FRANKLIN LOAN SERVICES, *et al.*,<br><br>Defendants.<br>_____/ | No. C 09-5573 SI<br><br>**ORDER TO SHOW CAUSE** |

This case was filed on November 24, 2009. On December 18, 2009, defendant T.J. Service Company filed a motion to dismiss the complaint. (Docket No. 5). The motion is scheduled for a hearing on February 19, 2010.[1] Plaintiff's opposition to the motion was due no later than January 29, 2010. Plaintiff, who is represented by counsel, has not filed an opposition.

Accordingly, the Court orders plaintiff to file a declaration by **February 19, 2010** stating why the claims against defendant T.J. Service Company should not be dismissed, and stating whether plaintiff intends to prosecute this case. The February 19, 2010 hearing on defendant's motion to dismiss is VACATED. The Court will reschedule the hearing on the motion if necessary.

**IT IS SO ORDERED.**

Dated: February 12, 2010

*Susan Illston*
SUSAN ILLSTON
United States District Judge

---

[1] Subsequently, other defendants filed motions to dismiss and motions for sanctions; those motions are scheduled for a hearing on March 19, 2010.