IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESBEIDY SAUCEDO, | No. C 09-5573 SI |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF JURISDICTION** |
| v. | |
| FIRST FRANKLIN LOAN SERVICES, *et al.*, | |
| Defendants. | |

This case was filed on November 24, 2009, and the complaint alleged federal and state law claims. On March 1, 2010, plaintiff filed an amended complaint alleging solely state law claims against numerous defendants, at least some of whom appear to be California residents. As such, it appears from the face of the complaint that this Court lacks jurisdiction over this case.

Accordingly, the Court ORDERS THE PARTIES TO SHOW CAUSE why this case should not be dismissed for lack of jurisdiction. If any party contends that this Court has jurisdiction over this case, that party shall file a statement no later than **March 12, 2010** asserting the grounds for jurisdiction. At that time, the Court will either dismiss the case or issue a scheduling order. The March 19, 2010 hearing and case management conference are VACATED.

**IT IS SO ORDERED.**

Dated: March 1, 2010

SUSAN ILLSTON
United States District Judge