IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ESBEIDY SAUCEDO,

    Plaintiff,

v.

FIRST FRANKLIN LOAN SERVICES, *et al.*,

    Defendants.
    /

No. C 09-5573 SI

**ORDER DISMISSING STATE LAW CLAIMS WITHOUT PREJUDICE**

    This case was filed on November 24, 2009, and the complaint alleged federal and state law claims. On March 1, 2010, plaintiff filed an amended complaint alleging solely state law claims against numerous defendants. The parties agree that there is no diversity of citizenship among the parties.

    The Court declines to exercise supplemental jurisdiction over the remaining state law claims, and DISMISSES these claims WITHOUT PREJUDICE to plaintiff refiling these claims in state court. *See* 28 U.S.C. § 1367(c)(3); *Acri v. Varian Assocs., Inc.*, 114 F.3d 999, 1000 (9th Cir. 1997). All pending motions are DENIED as moot. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 15, 2010

                                                      SUSAN ILLSTON
                                                      United States District Judge